"EXHIBIT A"

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT,
IN AND FOR POLK COUNTY, FLORIDA

MARIA MAHONEY and WILLIAM          CASE NO:
MAHONEY, JR.,

    Plaintiffs,

vs.

EMPIRE COACHLINES, INC., a Foreign
Corporation, and AMERICAN PERFORMANCE
AND MANUFACTURING, INC., a Foreign
Business Corporation,

    Defendants.
_____/

## COMPLAINT

Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., by and through their undersigned attorneys, sue the Defendants, EMPRIE COACHLINES, INC. and AMERICAN PERFORMANCE AND MANUFACTURING, INC., and state as follows:

1. This is an action for damages that exceeds Thirty Thousand Dollars ($30,000.00) exclusive of interest, costs and attorney's fees.

2. At all times material to this action, Plaintiff, MARIA MAHONEY, is a natural person residing in Lake Butler, Union County, Florida.

3. At all times material to this action, Plaintiff, WILLIAM MAHONEY, is a natural person residing in Lake Butler, Union County, Florida.

4. At all times material to this action, Defendant, EMPIRE COACHLINES, INC., is a foreign business corporation, with its principal place of business in Olean, Cattaraugus County, New York.

5. At all times material to this action, Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC., is a foreign business corporation, with its principal place of business in Amherst, Erie County, New York.

6. All other conditions precedent to the bringing of this action have been performed have occurred or have been waived.

7. Venue is proper in Polk County because the subject incident occurred in Polk County.

## FACTS

8. On or about February 16, 2020, Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., were in their motor vehicle at or near Cypress Gardens Blvd., in Winter Haven, Polk County, Florida.

9. At that time and place, Darleen Pomeroy was operating a commercial motor vehicle owned by the Defendant, EMPIRE COACHLINES, INC., at or near Cypress Gardens Blvd., in Winter Haven, Polk County, Florida.

10. At that time and place, Darleen Pomeroy, operated the subject commercial motor vehicle with the full knowledge and the express authority, permission and consent of its owner, Defendant, EMPIRE COACHLINES, INC.

11. At that time and place, Darleen Pomeroy was an agent, servant, or employee for Defendant, EMPIRE COACHLINES, INC., acting within the course and scope of her agency or employment.

12. At that time and place, Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC., had performed inspection and/or maintenance services to the tires/tire assembly of EMPIRE COACHLINES, INC.'s commercial motor vehicle.

13. At that time and place, Darleen Pomeroy, employee of the Defendant, EMPIRE COACHLINES, INC., owed a duty to the Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., to properly and safely operate and/or maintain the subject commercial vehicle.

14. At that time and place, Defendant, EMPIRE COACHLINES, INC., owed a duty to the Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., to ensure their commercial motor vehicle was properly operated, inspected and/or maintained.

15. At that time and place, Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC., owed a duty to the Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., to properly and safely perform inspection and/or maintenance services to the tires/tire assembly of EMPIRE COACHLINES, INC.'s commercial motor vehicle.

## COUNT I – ACTION BY PLAINTIFF, MARIA MAHONEY, FOR NEGLIGENCE AGAINST DEFENDANT, EMPIRE COACHLINES, INC.

16. Plaintiff, MARIA MAHONEY, adopts and realleges Paragraphs 1 thru 11 and 13 thru 14, as fully set forth herein.

17. Defendant, EMPIRE COACHLINES, INC., was negligent and careless in ensuring their commercial vehicle was properly operated and/or that their commercial vehicle's tires/tire assembly was properly inspected and/or maintained, causing the tire/tire assembly to fail and the tire dislodge from the commercial motor vehicle, and the tire striking the vehicle in which Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., occupied.

18. Darleen Pomeroy, employee of Defendant, EMPIRE COACHLINES, INC., was negligent and careless in operating the commercial vehicle, and/or ensuring that the commercial vehicle's tires/tire assembly was properly inspected and/or maintained, causing the tire/tire assembly to fail and the tire dislodge from the commercial motor vehicle, and the tire striking the vehicle in which Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., occupied.

19. Defendant, EMPIRE COACHLINES, INC., is vicariously liable for the negligence of Darleen Pomeroy, if any, pursuant to Florida's Dangerous Instrumentality Doctrine.

20. Defendant, EMPIRE COACHLINES, INC., is vicariously liable for the negligence, if any, of Darleen Pomeroy, pursuant to the doctrine of Respondeat Superior.

21. As a direct and proximate cause of Defendant, EMPIRE COACHLINES, INC.'s, negligence, Plaintiff, MARIA MAHONEY, suffered or incurred serious and permanent injuries including, without limitation, the following:

   A. Significant and permanent loss of an important bodily function, disability, disfigurement, and/or permanent and significant scarring.
   B. Significant and permanent bodily injury within a reasonable degree of medical probability other than scarring or disfigurement;
   C. Aggravation or activation of an existing condition, disease or latent defect;
   D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;
   E. Expenses of medical care and treatment in the past and in the future;
   F. Loss of wages and/or loss of earning capacity in the future; and
   G. All losses are continuing and/or permanent.

22. Plaintiff, MARIA MAHONEY, will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE**, Plaintiff, MARIA MAHONEY, demands judgment for damages against Defendant, EMPIRE COACHLINES, INC., for personal injury including the losses enumerated herein, costs, and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

### COUNT II – ACTION BY PLAINTIFF, WILLIAM MAHONEY, JR., FOR NEGLIGENCE AGAINST DEFENDANT, EMPIRE COACHLINES, INC.

23. Plaintiff, WILLIAM MAHONEY, JR., adopts and realleges Paragraphs 1 thru 11 and 13 thru 14, as fully set forth herein.

24. Defendant, EMPIRE COACHLINES, INC., was negligent and careless in ensuring their commercial vehicle was properly operated and/or that their commercial vehicle's tires/tire assembly was properly inspected and/or maintained, causing the tire/tire assembly to fail and the tire dislodge from the commercial motor vehicle, and the tire striking the vehicle in which Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., occupied.

25. Darleen Pomeroy, employee of Defendant, EMPIRE COACHLINES, INC., was negligent and careless in operating the commercial vehicle, and/or ensuring that the commercial vehicle's tires/tire assembly was properly inspected and/or maintained, causing the tire/tire assembly to fail and the tire dislodge from the commercial motor vehicle, and the tire striking the vehicle in which Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., occupied.

26. Defendant, EMPIRE COACHLINES, INC., is vicariously liable for the actions, inactions and/or negligence of Darleen Pomeroy, if any, pursuant to Florida's Dangerous Instrumentality Doctrine.

27. Defendant, EMPIRE COACHLINES, INC., is vicariously liable for the actions, inactions and/or negligence, if any, of Darleen Pomeroy, pursuant to the doctrine of Respondeat Superior.

28. As a direct and proximate cause of Defendant, EMPIRE COACHLINES, INC.'s, negligence, Plaintiff, WILLIAM MAHONEY, JR., suffered or incurred serious and permanent injuries including, without limitation, the following:

   A. Significant and permanent loss of an important bodily function, disability, disfigurement, and/or permanent and significant scarring.
   B. Significant and permanent bodily injury within a reasonable degree of medical probability other than scarring or disfigurement;
   C. Aggravation or activation of an existing condition, disease or latent defect;
   D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;
   E. Expenses of medical care and treatment in the past and in the future;

F. Loss of wages and/or loss of earning capacity in the future; and

G. All losses are continuing and/or permanent.

29. Plaintiff, WILLIAM MAHONEY, JR., will suffer or incur the injuries, expenses and impairment in the future.

**WHEREFORE**, Plaintiff, WILLIAM MAHONEY, JR., demands judgment for damages against Defendant, EMPIRE COACHLINES, INC., for personal injury including the losses enumerated herein, costs, and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

## COUNT III – ACTION BY PLAINTIFF, MARIA MAHONEY, FOR LOSS OF CONSORTIUM AGAINST DEFENDANT, EMPIRE COACHLINES, INC.

30. Plaintiff, MARIA MAHONEY, adopts and realleges Paragraphs 1 thru 11 and 13 thru 14, as fully set forth herein.

31. Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., were and are husband and wife and have been continuously married through and including the date of filing of this Complaint.

32. Defendant, EMPIRE COACHLINES, INC., was negligent and careless in ensuring their commercial vehicle was properly operated and/or that their commercial vehicle's tires/tire assembly was properly inspected and/or maintained, causing the tire/tire assembly to fail and the tire dislodge from the commercial motor vehicle, and the tire striking the vehicle in which Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., occupied.

33. Darleen Pomeroy, employee of Defendant, EMPIRE COACHLINES, INC., was negligent and careless in operating the commercial vehicle, and/or ensuring that the commercial vehicle's tires/tire assembly was properly inspected and/or maintained, causing the tire/tire

assembly to fail and the tire dislodge from the commercial motor vehicle, and the tire striking the vehicle in which Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., occupied.

34. Defendant, EMPIRE COACHLINES, INC., is vicariously liable for the actions, inactions and/or negligence of Darleen Pomeroy.

35. As a direct and proximate cause of Defendant, EMPIRE COACHLINES, INC.'s negligence, Plaintiff, MARIA MAHONEY, suffered or incurred serious and permanent injuries including, without limitation, the following:

  A. Significant and permanent loss of an important bodily function, disability, disfigurement, and/or permanent and significant scarring.
  B. Significant and permanent bodily injury within a reasonable degree of medical probability other than scarring or disfigurement;
  C. Aggravation or activation of an existing condition, disease or latent defect;
  D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;
  E. Expenses of medical care and treatment in the past and in the future;
  F. Loss of wages and/or loss of earning capacity in the future; and
  G. All losses are continuing and/or permanent.

36. As a result of the Defendant, EMPIRE COACHLINES, INC.'s, negligence, the Plaintiff, MARIA MAHONEY, suffered the loss of her husband's services, companionship and consortium, and will continue to suffer such losses for an indefinite time in the future.

WHEREFORE, Plaintiff, MARIA MAHONEY, demands judgment for damages against Defendant, EMPIRE COACHLINES, INC., for personal injury including the losses enumerated herein, costs, and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

## COUNT IV – ACTION BY PLAINTIFF, WILLIAM MAHONEY, JR., FOR LOSS OF CONSORTIUM AGAINST DEFENDANT, EMPIRE COACHLINES, INC.

37. Plaintiff, WILLIAM MAHONEY, JR., adopts and realleges Paragraphs 1 thru 11 and 13 thru 14, as fully set forth herein.

38. Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., were and are husband and wife and have been continuously married through and including the date of filing of this Complaint.

39. Defendant, EMPIRE COACHLINES, INC., was negligent and careless in ensuring their commercial vehicle was properly operated and/or that their commercial vehicle's tires/tire assembly was properly inspected and/or maintained, causing the tire/tire assembly to fail and the tire dislodge from the commercial motor vehicle, and the tire striking the vehicle in which Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., occupied.

40. Darleen Pomeroy, employee of Defendant, EMPIRE COACHLINES, INC., was negligent and careless in operating the commercial vehicle, and/or ensuring that the commercial vehicle's tires/tire assembly was properly inspected and/or maintained, causing the tire/tire assembly to fail and the tire dislodge from the commercial motor vehicle, and the tire striking the vehicle in which Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., occupied.

41. Defendant, EMPIRE COACHLINES, INC., is vicariously liable for the actions, inactions and/or negligence of Darleen Pomeroy.

42. As a direct and proximate cause of Defendant, EMPIRE COACHLINES, INC.'s negligence, Plaintiff, WILLIAM MAHONEY, JR., suffered or incurred serious and permanent injuries including, without limitation, the following:

- A. Significant and permanent loss of an important bodily function, disability, disfigurement, and/or permanent and significant scarring.
- B. Significant and permanent bodily injury within a reasonable degree of medical probability other than scarring or disfigurement;
- C. Aggravation or activation of an existing condition, disease or latent defect;
- D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;
- E. Expenses of medical care and treatment in the past and in the future;
- F. Loss of wages and/or loss of earning capacity in the future; and
- G. All losses are continuing and/or permanent.

43. As a result of the Defendant, EMPIRE COACHLINES, INC.'s, negligence, the Plaintiff, WILLIAM MAHONEY, JR., suffered the loss of his wife's services, companionship and consortium, and will continue to suffer such losses for an indefinite time in the future.

WHEREFORE, Plaintiff, WILLIAM MAHONEY, JR., demands judgment for damages against Defendant, EMPIRE COACHLINES, INC., for personal injury including the losses enumerated herein, costs, and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

## COUNT V – ACTION BY PLAINTIFF, MARIA MAHONEY, FOR NEGLIGENCE AGAINST DEFENDANT, AMERICAN PERFORMANCE AND MANUFACTURING, INC.

44. Plaintiff, MARIA MAHONEY, adopts and realleges Paragraphs 1 through 9, 12 and 15 as fully set forth herein.

45. Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC., was negligent and careless in their inspection and/or maintenance services of the tire/tire assembly of the subject commercial motor vehicle, causing the tire/tire assembly to fail and the tire dislodge from the commercial motor vehicle, and the tire striking the vehicle in which Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., occupied.

46. As a direct and proximate cause of Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC.'s negligence, Plaintiff, MARIA MAHONEY, suffered or incurred serious and permanent injuries including, without limitation, the following:

   A. Significant and permanent loss of an important bodily function, disability, disfigurement, and/or permanent and significant scarring.
   B. Significant and permanent bodily injury within a reasonable degree of medical probability other than scarring or disfigurement;
   C. Aggravation or activation of an existing condition, disease or latent defect;
   D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;

    E. Expenses of medical care and treatment in the past and in the future;
    F. Loss of wages and/or loss of earning capacity in the future; and
    G. All losses are continuing and/or permanent.

47. Plaintiff, MARIA MAHONEY, will suffer or incur the injuries, expenses and impairment in the future.

WHEREFORE, Plaintiff, MARIA MAHONEY, demands judgment for damages against Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC., for personal injury including the losses enumerated herein, costs, and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

### COUNT VI – ACTION BY PLAINTIFF, WILLIAM MAHONEY, JR., FOR NEGLIGENCE AGAINST DEFENDANT, AMERICAN PERFORMANCE AND MANUFACTURING, INC.

48. Plaintiff, WILLIAM MAHONEY, JR., adopts and realleges Paragraphs 1 through 9, 12 and 15 as fully set forth herein.

49. Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC., was negligent and careless in their inspection and/or maintenance services of the tire/tire assembly of the subject commercial motor vehicle, causing the tire/tire assembly to fail and the tire dislodge from the commercial motor vehicle, and the tire striking the vehicle in which Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., occupied.

50. As a direct and proximate cause of Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC.'s negligence, Plaintiff, WILLIAM MAHONEY, JR., suffered or incurred serious and permanent injuries including, without limitation, the following:

    A. Significant and permanent loss of an important bodily function, disability, disfigurement, and/or permanent and significant scarring.
    B. Significant and permanent bodily injury within a reasonable degree of medical probability other than scarring or disfigurement;
    C. Aggravation or activation of an existing condition, disease or latent defect;

    D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;
    E. Expenses of medical care and treatment in the past and in the future;
    F. Loss of wages and/or loss of earning capacity in the future; and
    G. All losses are continuing and/or permanent.

51. Plaintiff, WILLIAM MAHONEY, JR., will suffer or incur the injuries, expenses and impairment in the future.

WHEREFORE, Plaintiff, WILLIAM MAHONEY, JR., demands judgment for damages against Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC., for personal injury including the losses enumerated herein, costs, and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

### COUNT VII – ACTION BY PLAINTIFF, MARIA MAHONEY, FOR LOSS OF CONSORTIUM AGAINST DEFENDANT, AMERICAN PERFORMANCE AND MANUFACTURING, INC.

52. Plaintiff, MARIA MAHONEY, adopts and realleges Paragraphs 1 through 9, 12 and 15, as fully set forth herein.

53. Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., were and are husband and wife and have been continuously married through and including the date of filing of this Complaint.

54. Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC., was negligent and careless in their inspection and/or maintenance services of the tire/tire assembly of the subject commercial motor vehicle, causing the tire/tire assembly to fail and the tire dislodge from the commercial motor vehicle, and the tire striking the vehicle in which Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., occupied.

55. As a direct and proximate cause of Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC.'s negligence, Plaintiff, MARIA MAHONEY, suffered or incurred serious and permanent injuries including, without limitation, the following:

> A. Significant and permanent loss of an important bodily function, disability, disfigurement, and/or permanent and significant scarring.
> B. Significant and permanent bodily injury within a reasonable degree of medical probability other than scarring or disfigurement;
> C. Aggravation or activation of an existing condition, disease or latent defect;
> D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;
> E. Expenses of medical care and treatment in the past and in the future;
> F. Loss of wages and/or loss of earning capacity in the future; and
> G. All losses are continuing and/or permanent.

56. As a result of the Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC.'s, negligence, the Plaintiff, MARIA MAHONEY, suffered the loss of her husband's services, companionship and consortium, and will continue to suffer such losses for an indefinite time in the future.

WHEREFORE, Plaintiff, MARIA MAHONEY, demands judgment for damages against Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC., for personal injury including the losses enumerated herein, costs, and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

## COUNT VIII – ACTION BY PLAINTIFF, WILLIAM MAHONEY, JR., FOR LOSS OF CONSORTIUM AGAINST DEFENDANT, AMERICAN PERFORMANCE AND MANUFACTURING, INC.

57. Plaintiff, WILLIAM MAHONEY, JR., adopts and realleges Paragraphs 1 through 9, 12 and 15, as fully set forth herein.

58. Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., were and are husband and wife and have been continuously married through and including the date of filing of this Complaint.

59. Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC., was negligent and careless in their inspection and/or maintenance services of the tire/tire assembly of the subject commercial motor vehicle, causing the tire/tire assembly to fail and the tire dislodge from the commercial motor vehicle, and the tire striking the vehicle in which Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., occupied.

60. As a direct and proximate cause of Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC.'s negligence, Plaintiff, WILLIAM MAHONEY, JR., suffered or incurred serious and permanent injuries including, without limitation, the following:

   A. Significant and permanent loss of an important bodily function, disability, disfigurement, and/or permanent and significant scarring.
   B. Significant and permanent bodily injury within a reasonable degree of medical probability other than scarring or disfigurement;
   C. Aggravation or activation of an existing condition, disease or latent defect;
   D. Pain, suffering, disability, physical impairment, mental anguish, inconvenience, and a loss of capacity for the enjoyment of life;
   E. Expenses of medical care and treatment in the past and in the future;
   F. Loss of wages and/or loss of earning capacity in the future; and
   G. All losses are continuing and/or permanent.

61. As a result of the Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC.'s, negligence, the Plaintiff, WILLIAM MAHONEY, JR., suffered the loss of his wife's services, companionship and consortium, and will continue to suffer such losses for an indefinite time in the future.

WHEREFORE, Plaintiff, WILLIAM MAHONEY, JR., demands judgment for damages against Defendant, AMERICAN PERFORMANCE AND MANUFACTURING, INC., for personal injury including the losses enumerated herein, costs, and for other such relief as may be just and equitable and otherwise deemed proper by the Court.

## DEMAND FOR JURY TRIAL

Plaintiffs, MARIA MAHONEY and WILLIAM MAHONEY, JR., demands a jury trial on all issues so triable of each and every one of the Counts set forth above.

**RESPECTFULLY** submitted this DATED this 20th day of December 2022.

/s/ Joseph F. Scarpa, Jr.
Joseph F. Scarpa, Jr., Esquire
Florida Bar Number: 351880
DAN NEWLIN INJURY ATTORNEYS
7335 West Sand Lake Road, Suite 300
Orlando, FL 32819
Phone: 407-878-1670
Fax: 321-251-2515
Attorneys for Plaintiff
**EMAIL DESIGNATION:**
Joseph.Scarpa@newlinlaw.com
Tanya.Rivera@newlinlaw.com
Sharon.White@newlinlaw.com
Stacey.Brown@newlinlaw.com